## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**CAROL A. WILSON, *et al.*,**

        **Plaintiffs,**     :

     v.                   **Case No. 2:23-cv-2853**
                                   **Judge Sarah D. Morrison**
                                   **Magistrate Judge Kimberly A. Jolson**

**CORBIN CONTRACTING, LLC,**     :

        **Defendant.**

### ORDER

This matter is before the Court on Plaintiffs' Motion for Judgment of Attorney's Fees. (ECF No. 24.) The time for responding to the Motion has passed and no response was filed.

Plaintiffs seek $12,918.69 for attorney fees and costs incurred during the life of the case. (*Id.*) Of that total amount, $187.50 was paid to attorney John Stock; $1,864.19 was paid to Vorys, Sater, Seymour, and Pease LLP; and $10,867.00 was paid to Ledbetter Partners, LLC. (*Id.*) The Motion is supported by time entries from Ledbetter Partners and Carol A. Wilson's declaration that Plaintiffs paid the above-noted amounts and that deemed those amounts to be reasonable. (*See* ECF No. 24-1, ¶¶ 3, 9.) The Court has reviewed the hourly rates and the hours expended by Ledbetter Partners and concludes that its requested fees are reasonable. *See Messing v. Provident Life & Accident Ins. Co.*, No. 23-1824, 2024 WL 3950239, at *4 (6th Cir. Aug. 27, 2024). But, among other issues, the motion does not include any evidence that enables this Court to evaluate the amount of time Mr. Stock or Vorys devoted to each task comprising their representation, so the Court is unable to approve recoupment of their fees. *Id.* at *5.

Plaintiffs' Motion is thus **GRANTED IN PART** and **DENIED IN PART**.

The Clerk shall enter **JUDGMENT in the amount of $10,867.00** in favor of Plaintiffs and shall terminate the case.

**IT IS SO ORDERED.**

                          /s/ Sarah D. Morrison
                          **SARAH D. MORRISON**
                          **UNITED STATES DISTRICT JUDGE**